UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Petitioner,                         Case No. 18-mc-50687
                                                  Hon. Matthew F. Leitman

v.

ARSILD NIKAJ,

      Respondent.

_____/

## ORDER WITHDRAWING PETITION TO ENFORCE INTERNAL REVENUE SERVICE'S SUMMONS

On May 1, 2018, the United States filed a Petition to Enforce Internal Revenue Service Summons. The court issued an order to show cause ordering the respondent to appear on June 28, 2018.

On June 4, 2018 the Court was notified that the government has withdrawn its petition to enforce the summons.

**IT IS HEREBY ORDERED** that the Order to Show Cause is **DISMISSED** and the hearing is **CANCELLED.**

**IT IS FURTHER ORDERED** that the government's petition to enforce the IRS Summons, ECF No. 1, is **DISMISSED**.

This is a final order and closes the case.

                        /s/Matthew F. Leitman
                        MATTHEW F. LEITMAN
                        UNITED STATES DISTRICT JUDGE

Dated: June 4, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 4, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764